NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3321

ELIZABETH S. LAZARO,

Petitioner,

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board
in DC0752070669-I-1.

ON MOTION

ORDER

Elizabeth S. Lazaro moves without opposition for a 30-day stay of proceedings and to withdraw her motion to remand.

Briefing was stayed in this case due to Lazaro's motion to remand pursuant to Fed. Cir. R. 31(c). Thus, Lazaro's motion to stay is moot.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion to withdraw is granted. The motion to remand is withdrawn.

(2)     The stay of briefing is lifted. Lazaro's brief is due within 30 days of the date of filing of this order.

(3)     The motion to stay is moot.

FOR THE COURT

MAR 0 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 6 2009

JAN HORBALY
CLERK

cc:    Michael W. Dolan, Esq.
       Elizabeth A. Holt, Esq.

s17